RAY PAYMAN, Respondent, v. WALTER D. WEIL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

BARNET PAYMAN, Respondent, v. WALTER D. WEIL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

HOWARD D. BAIRD, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

ANTOINETTE ROSENBERG, Respondent, v. KABEE REALTY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

AMERICAN BRIDGE COMPANY, Respondent, v. PATRICK McGOVERN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

KATHRYN J. SADLER, Respondent, v. HOLDEN SHOE COMPANY, INC., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $1,129.60; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

SIMON D. EHRLICH, Respondent, v. CARL ROTTACH, Appellant, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

NATHAN SLOTE, Respondent, v. GREENBERG & GREENBERG, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

WILLIAM P. JEFFERY, as Trustee, etc., v. WINIFRED T. COOKE, as Administratrix, etc.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of JOHN OSCAR BALL, an Attorney.— Motion for reinstatement granted. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

EDWARD KORFANTA v. PATERNO CONSTRUCTION COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.

MAGNUS N. JENSEN and Others v. DOUGLAS BARNES and Others.— Motion to dismiss appeal denied, without costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

REGINALD ROWE, an Infant, by ANNA ROWE, His Guardian ad Litem, Respondent, v. J. J. LITTLE & IVES COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.